
**FILED**
JUL 29 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 22-688 |
| ) | |
| v. ) | (Related to 11-CR-44) |
| ) | |
| DANIELLE KEANE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SANTONASTASSO ENTERPRISES, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## ANSWER OF THE GARNISHEE

Kathleen Santonastasso, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

I. Please state the full name and address of the Garnishee:

Santonastasso Enterprises LLC
1597 Washington Pike
STE A38 Box 108
Bridgeville PA 15017

II. The Garnishee was served with the Writ of Continuing Garnishment on 7/26/22.

III. For the pay period in effect on the date of service (answered above):

Yes ✓  No ___   1. The Defendant was in my/our employ.

2. Pay period is ___ weekly, ✓ bi-weekly

___ semi-monthly, ___ monthly.

3. The Defendant's present pay period began on ___July 20, 2022___ and ends on ___August 2, 2022___. (Present means the pay period in which this order and notice of garnishment were served).

4. Describe the Defendant's basis and rate of pay:

    (a) Salary ___Ø___

    (b) Hourly ___$16.00   45 hours per week___
    (include average number of hours per pay period)

    (c) Base ___Ø___

    (d) Commission ___Ø___

    (e) Bonus ___Ø___

    (f) Other

5. The Defendant's net wages are as calculated below:

    Check date 7-26-22

    (a) Gross Pay         $ $1610.48
    (b) Federal income tax $ 125.58
    (c) F.I.C.A. income tax $ ~~99.88~~ 123.20
    (d) State income tax   $ 49.44

    Total of tax withholdings $ 297.22
    local taxes               $ ~~~~ 50.31
    Net Wages                 $ ~~~~~~
    (a less total of b, c, d)   1260.98

6. Have there been previous garnishments in effect? If the answer is yes, describe below.

    _____NO_____

    _____

7. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| (a) | none | | |
| (b) | | | |
| (c) | | | |
| (d) | | | |

8. Garnishee anticipates owing to the Defendant, in the future, the following amounts other than earnings disclosed in Paragraphs 4 and 5 above:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| (a) | $ none | |
| (b) | $ | |
| (c) | $ | |
| (d) | $ | |

IV. (Check the line below if you deny that you hold property subject to this order of garnishment.)

___X___ The Garnishee does not have custody, control or possession of non-exempt

property as described in the Writ of Garnishment.

V. The Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant at

___5002 Chaplain Way Pittsburgh PA 15207___

and (2) the counsel for the United States, Jill Locnikar, Assistant U.S. Attorney, at Joseph F. Weis, Jr., U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219.

___Kathleen Santacastaso___
Garnishee

Subscribed and sworn to before me this

___27___ day of ___July___, ___2022___

___Jeanne Manfredi___ (SEAL)
Notary Public

My Commission Expires: ___September 24, 2025___

Commonwealth of Pennsylvania - Notary Seal
Jeanne Manfredi, Notary Public
Washington County
My commission expires September 24, 2025
Commission number 1275157
Member, Pennsylvania Association of Notaries